

# Fourth Court of Appeals
## San Antonio, Texas

July 25, 2019

No. 04-18-00808-CV

Rodulfo J. **MENDEZ,**
Appellant

v.

Jessica **AGUIRRE,**
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CI00963
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

On July 11, 2019, we ordered the court reporter to file, on or before July 22, 2019, the record of the September 28, 2018 hearing during which the trial court heard the Petition for Enforcement of Property Division. On July 22, 2019, the court reporter filed a Notification of Late Record in which the court reporter states "There was no record taken in this case on September 28, 2018."

The appellate record is complete. Accordingly, appellant's brief is due on or before August 22, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court